UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN ALI RASHEED TAKMAJE, ET AL, <br><br> Plaintiff, <br><br> v. <br><br> ANGELICA ALFONSO-ROYALS, ET AL., <br><br> Defendants. | Case No. 2:25-CV-01857-WBS-AC <br><br><br> **ORDER OF REASSIGNMENT** |

----oo0oo----

Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge." See 28 U.S.C. § 636(c).  According to E.D. Cal. L. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and approves the reassignment and referral of the above-captioned case to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the **Honorable Allison Claire.** The parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number **2:25-cv-01857-AC**. Any currently scheduled dates presently set before Senior Judge William B. Shubb are hereby **VACATED**.

1

Dated: August 20, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated: August 20, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE