ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN ALI RASHEED TAKMAJE, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>USCIS, ET AL.,<br><br>Defendants. | CASE NO.  2:25-CV-01857-WBS-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR PARTIAL REMAND PURSUANT TO 8 U.S.C. § 1447(b) AND FIRST EXTENSION OF TIME |

This is an immigration case involving the adjudication of Plaintiffs', Hasan Ali Rasheed Takmaje and Sawasan Adbulrazzaq Hashen Al Saraf, Form N-400's, Application for Naturalization, which Plaintiffs filed in December 2023.

The Complaint alleges Defendants have failed to make a determination on Plaintiff Takmaje's application for naturalization within 120 days as required by statute.  8 U.S.C. § 1447(b).  The parties stipulate to remand Plaintiff Takmaje's application to U.S. Citizenship and Immigration Services ("USCIS") with instructions to adjudicate the matter within 30 days of the order of remand.

USCIS has scheduled an interview on Plaintiff Al Saraf's naturalization application for September 4, 2025.  Under Section 1447(b), USCIS will then have 120 days to complete its determination on the application, however, USCIS will endeavor to reach a final determination within 90 days.  If USCIS needs to reschedule Plaintiff's interview, USCIS will do its best to reschedule within four weeks of the initial appointment.  The parties anticipate a final determination will render this lawsuit moot as to Plaintiff Al Saraf.  The parties therefore stipulate that the new date for Defendants to

file an answer or other dispositive pleading is December 4, 2025. The parties further request that all other filing deadlines be similarly extended and that any court appearances, including the status conference scheduled for November 17, 2025, be vacated and reset.

Respectfully submitted,

Dated:  August 20, 2025

ERIC GRANT
United States Attorney

By:  /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ JESSICA TAYLOR ARENA
JESSICA TAYLOR ARENA
Counsel for Plaintiffs

[~~PROPOSED~~] ORDER

Pursuant to 8 U.S.C. § 1447(b), U.S. Citizenship and Immigration Services is ordered to adjudicate Plaintiff Hasan Ali Rasheed Takmaje's Form N-400, Application for Naturalization, within 30 days of this Order.

The new date for Defendants to file an answer or other dispositive pleading is December 4, 2025. All other deadlines, including the Status Conference scheduled for November 17, 2025, are vacated.

DATED: August 20, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE